IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

MARIA VARGAS,

    Plaintiff,

v.   Civil Action No.

SYNCHRONY BANK, TRANS UNION, LLC,
and EXPERIAN INFORMATION
SOLUTIONS, INC.,

    Defendants.

### DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1. On or about September 13, 2017, Plaintiff Maria Vargas ("Plaintiff") filed the Petition in this action in the District Court of Wyandotte County, Kansas, Limited Actions Division ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq.*, against Synchrony Bank ("Synchrony"), Experian Information Solutions, Inc. ("Experian"), and Trans Union.

2. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3. Defendants Trans Union and Synchrony were served with Plaintiff's Petition on September 25, 2017. Defendant Experian also was served with Plaintiff's Petition on September 25, 2017. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

B. **GROUNDS FOR REMOVAL**

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1446(b). Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Petition, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*.

C. **COMPLIANCE WITH PROCEDURAL REQUIREMENTS**

5. Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty (30) days after Defendants were first served with the Petition, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in the District of Kansas, Kansas City Division because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union LLC shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the District Court of Wyandotte County, Kansas, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendants in the State Court Action is attached hereto as **"Exhibit A"**.

9. Trial has not commenced in the District Court of Wyandotte County, Kansas.

10. Upon information and belief, all Defendants who have been served upon the date of filing of this Notice of Removal and remain parties to this litigation consent to the removal of this case. Joinder in the Removal from Synchrony and Experian are attached hereto as **Exhibit**

"B". By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: October 9, 2017

Respectfully submitted,

/s/ Bryan E. Mouber
**BRYAN E. MOUBER** #19710
mouber@bscr-law.com
**JAMES S. KREAMER** #14374
kreamer@bscr-law.com
**BAKER, STERCHI, COWDEN & RICE LLC**
51 Corporate Woods
9393 West 110th St, Suite
Overland Park, KS 66210
(913) 451-6752
(816) 472-0288 Fax
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A.J. Stecklein
AJ@KCconsumerlawyer.com
Michael H. Rapp
MR@KCconsumerlawyer.com
Stecklein & Rapp
748 Ann Ave.
Kansas City, KS 66101
(913) 371-0727
(913) 371-0147 Fax
*Counsel for Plaintiff*

B. SCOTT TSCHUDY
bstschudy@martinpringle.com
MARTIN, PRINGLE, OLIVER, WALLACE,
AND BAUER, L.L.P.
9401 Indian Creek Pkwy
Building 40, Suite 1150
Overland Park, KS 66210
(913) 491-5500
(913) 491-3341 Fax
*Counsel for Synchrony Bank*

Danne W. Webb
dwebb@hab-law.com
Andrea S. McMurtry
amcmurtry@hab-law.com
Horn Aylward & Bandy, LLC
2600 Grand Blvd., Ste. 1100
Kansas City, MO 64108
(816) 421-0700
(816) 421-0899 Fax
*Counsel for Experian Information Solutions, Inc.*

/s/ Bryan E. Mouber
**BRYAN E. MOUBER**