**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**
**KANSAS CITY**

| | |
|---|---|
| **MARIA VARGAS,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **SYNCHRONY BANK, et al.,** <br> **Defendants.** | **Case No. 17-CV-02588 DDC/JPO** |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS**
**SYNCHRONY BANK AND EQUIFAX INFORMATION SERVICES LLC**

Plaintiff and Defendants Synchrony Bank and Equifax Information Services LLC file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1.    Plaintiff is Maris Vargas; Defendants are Synchrony Bank, Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services LLC.

2.    This case was removed to federal court on October 9, 2017 (Doc. 1).

3.    Plaintiff and Defendant Trans Union, LLC filed a Stipulation of Dismissal of Defendant Trans Union, LLC only on May 1, 2018 (Doc. 43).

4.    Plaintiff and Defendant Experian Information Solutions, Inc. filed a Stipulation of Dismissal of Defendant Experian Information Solutions, Inc. only on May 21, 2018 (Doc. 44).

5.    Plaintiff now moves to dismiss the lawsuit against remaining Defendants Synchrony Bank and Equifax Information Services LLC.

6.    Remaining Defendants Synchrony Bank and Equifax Information Services LLC agrees to the dismissal.

7.    This case is not a class action.

8.    A receiver has not been appointed in this case.

9.      This case is not governed by any federal statute that requires a court order for dismissal of the case.

10.     Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

11.     This dismissal is with prejudice to refiling.

12.     Each party is to bear its own fees and costs.

Respectfully submitted,


By:  /s/ A.J. Stecklein
A.J. Stecklein #16330
Michael H. Rapp #25702
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  913-371-0727
Facsimile:  913-371-0727
Email: AJ@KCconsumerlawyer.com
        MR@KCconsumerlawyer.com
Attorney for Plaintiffs


By:  /s/ B. Scott Tschudy
B. Scott Tschudy #12129
Kate B. McKinney #19691
Martin, Pringle, Oliver, Wallace & Bauer, L.L.P.
9401 Indian Creek Parkway
Building 40, Suite 1150
Overland Park, Kansas 66210
Telephone: 913-491-5500
Facsimile:  913-491-3341
Email: bstchudy@martinpringle.com
        kbmckinney@martinpringle.com
Attorneys for Defendant Synchrony Bank, NA

By:  /s/ G. Gabriel Zorogastua
G. Gabriel Zorogastua #23556
Polsinelli PC
900 West 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone: 816-753-1000
Facsimile:  816-753-1536
Email: GZorogastua@polsinelli.com
Attorney for Equifax Information Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed on August 10, 2018, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

 /s/ A.J. Stecklein
A.J. Stecklein #16330